Enid D. Van Ostrand, by Cynthia A. Van Ostrand, Her Guardian ad Litem, Respondent, v. The New York Central and Hudson River Rail-

road Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

